UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>Defendant. | Civil Action No. 25-0567 (TNM) |

**MOTION FOR EXTENSION OF TIME**

Defendant Office of Personnel Management ("OPM" or "Defendant") respectfully moves for a thirty-day extension of time to respond to Plaintiff's Complaint (ECF No. 1). The current deadline is March 31, 2025. Pursuant to Local Civil Rule 7(m), the parties have conferred through counsel and Plaintiff opposes the relief requested herein.

Good cause exists to grant this request. On February 26, 2025, Plaintiff filed its Complaint in this action pursuant to the Freedom of Information Act ("FOIA"). *See generally* Compl. (ECF No. 1). Defendant's responsive pleading currently is due March 31, 2025. 5 U.S.C. § 552(a)(4)(C). While undersigned was just assigned to this matter, counsel has already reached-out to OPM and intends to promptly gather information necessary for the defense of this action. That said, the Complaint concerns four expansive FOIA request and undersigned requires time to review Plaintiff's filing, confer with agency counsel, prepare a responsive pleading, and obtain required supervisory review.

Moreover, undersigned has a robust caseload. Among other things, undersigned is responsible for negotiating, drafting, and filing numerous status reports in each of the coming

weeks, has a number of motions due, and must prepare for and attend several of hearings. He is also covering sixteen cases for a colleague who is on extended leave.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension in this matter. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, explore whether this case may be resolved without litigation, and if not, plan how to respond to Plaintiff's Complaint.

For the foregoing reasons, OPM respectfully requests that the Court grant this motion.

Dated: March 26, 2025               Respectfully submitted,

                                    EDWARD R. MARTIN, JR., D.C. BAR #481866
                                    United States Attorney

                                    By:        /s/ *Dimitar P. Georgiev*
                                        DIMITAR P. GEORGIEV, D.C. Bar # 1735756
                                        Assistant United States Attorney
                                        601 D Street, NW
                                        Washington, DC 20530
                                        (202) 815-8654

                                    *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>Defendant. | Civil Action No. 25-0567 (TNM) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's motion and the entire record herein, it is hereby

ORDERED that Defendant's motion is granted; and it is further

ORDERED that Defendant shall file its answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) on or before April 30, 2025.

SO ORDERED:

_____                    _____
Dated                                                                                         TREVOR N. MCFADDEN
                                                                                                       United States District Judge