UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>Defendant. | Civil Case No. 25-0567 (TNM) |

## <u>ANSWER</u>

Defendant Office of Personnel Management ("OPM" or "Defendant") respectfully submits the following Answer to Plaintiff Democracy Forward Foundation's Complaint for Injunctive Relief ("Complaint," ECF No. 1) in this the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") action. Defendant reserves its right to amend, alter, or supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant through the course of the litigation.

Defendant responds to the separately numbered paragraphs and requested relief contained in the Complaint. All allegations not specifically admitted are denied. To the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, such references are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c) admissible in this, or any other, action. Defendant responds to the Complaint in like numbered paragraphs as follows:

## COMPLAINT FOR INJUNCTIVE RELIEF[1]

The introductory paragraph consists of Plaintiff's characterization of this action to which no response is required.  To the extent a response is required, Defendant admits that Plaintiffs filed this action pursuant to the FOIA, and that the Complaint seeks to compel compliance with FOIA. Defendant denies any remaining allegations.

## JURISDICTION AND VENUE

1.    This paragraph consists of legal conclusions regarding jurisdiction, to which no response is required.  To the extent a response is required, Defendant admits that this Court has jurisdiction subject to the terms and conditions of FOIA.

2.    This paragraph consists of legal conclusions regarding venue, to which no response is required.  To the extent a response is required, Defendant admits that venue is proper in this District for a properly pled FOIA action pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

4.    This paragraph consists of legal conclusions, to which no response is required.  To the extent a response is required, Defendant admits that OPM is an "agency" within the meaning of 5 U.S.C. § 552(f)(1), and that OPM is headquartered in Washington, D.C., and denies that OPM has possession, custody, or control of records responsive to Plaintiff's FOIA requests.

---

[1]    For ease of reference, Defendant refers to Plaintiff's headings and titles, but to the extent those headings could be construed to contain factual allegations, those allegations are denied.

## FACTS

5.     Paragraph 5 consists of Plaintiff's characterizations of its FOIA requests to OPM and of OPM's actions following President Trump's inauguration to which no response is required. To the extent a response is required, Defendant respectfully directs the Court to the requests for full and accurate statements of their contents, and denies any allegations inconsistent with them

*Request 25-OD-0729-F (Initial Guidance Regarding DEIA Executive Orders)*

6.     This paragraph contains Plaintiff's characterization of its FOIA request, and Defendant respectfully directs the Court to the request for a full and accurate statement of its contents and denies any allegations inconsistent with it.  Defendant admits that Plaintiff requested expedited processing for this request.

7.     This paragraph contains Plaintiff's characterization of its FOIA request, and Defendant respectfully directs the Court to the request for full and accurate statements of its contents, and deny any allegations inconsistent with it.

8.     Defendant admits the allegations in this paragraph.

9.     Defendant admits the allegations in this paragraph.

10.     Defendant admits the allegations in this paragraph.

*Request 25-OD-0739-F (DEIAtruth@opm.gov)*

11.     This paragraph contains Plaintiff's characterization of its FOIA request, and Defendant respectfully directs the Court to the request for full and accurate statements of its contents and denies any allegations inconsistent with it.  Defendant admits that Plaintiff requested expediting processing for this request.

12.     This paragraph contains Plaintiff's characterization of its FOIA request, and Defendant respectfully directs the Court to the request for full and accurate statements of its contents and denies any allegations inconsistent with it.

13.     Defendant admits the allegations in this paragraph.

14.     Defendant admits the allegations in this paragraph.

15.     Defendant admits the allegations in this paragraph.

*Request 25-OD-0741-F (OPM guidance and personnel)*

16.     This paragraph contains Plaintiff's characterization of its FOIA request, and Defendant respectfully directs the Court to the request for full and accurate statements of its contents and denies any allegations inconsistent with it.  Defendant admits that Plaintiff requested expediting processing for this request.

17.     Defendant admits the allegations in this paragraph.

18.     Defendant admits the allegations in this paragraph.

*25-OD-0744-F (Scales calendars and communications)*

19.      This paragraph contains Plaintiff's characterization of its FOIA request, and Defendant respectfully directs the Court to the request for full and accurate statements of its contents and denies any allegations inconsistent with it.  Defendant admits that Plaintiff requested expediting processing for this request.

20.     Defendant admits the allegations in this paragraph.

21.     Defendant admits the allegations in this paragraph.

22.     Defendant admits the allegations in this paragraph.

23.     Defendant admits the allegations in this paragraph.

*Exhaustion of Administrative Remedies*

24.     This paragraph constitutes legal conclusions, to which no response is required.  To the extent a response is required, Defendant OPM admits that it has not adjudicated Plaintiff's requests for fee waiver for the four FOIA requests in which it was sought.

## CLAIM FOR RELIEF

## Count 1 (Violation of FOIA, 5 U.S.C. § 552)

25.     Defendant incorporates and restates its responses to paragraphs 1 through 24.

26.     This paragraph constitutes legal conclusions, to which no response is required.  To the extent a response is required, Defendant denies the allegations in this paragraph.

## REQUESTED RELIEF

The remainder of the Complaint consists of Plaintiff's requested relief, to which no response is required.  To the extent that a response is deemed required, Defendant denies the allegations in the Requested Relief.  Defendant further denies that Plaintiff is entitled to any of the relief requested or to any relief whatsoever.

## DEFENSES

In further response to the Complaint, Defendant raises the following defenses. Defendant respectfully requests and reserves the right to amend, alter, or supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation, including any defenses available pursuant to Federal Rules of Civil Procedure 8 and 12.

### FIRST DEFENSE

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by FOIA.

5

## SECOND DEFENSE

To the extent the agency has potentially responsive records, Plaintiff is not entitled to compel the production of any record or portion of any record exempt from disclosure by one or more exemptions enumerated in the FOIA, *see* 5 U.S.C. § 552(b), or the Privacy Act, 5 U.S.C. § 552a, or which is excluded by law from release.

## THIRD DEFENSE

Plaintiff is neither eligible for nor entitled to attorney's fees or costs in this matter.

## FOURTH DEFENSE

Plaintiff's requests fail to comply with the requirements of FOIA because it fails to reasonably describe the records sought and imposes an undue burden.

## FIFTH DEFENSE

Defendant is not improperly withholding any responsive records.


Dated: April 30, 2025
      Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: _____ /s/ *Dimitar P. Georgiev* _____
    DIMITAR P. GEORGIEV, D.C. Bar #1735756
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 815-8654

*Attorneys for the United States of America*