UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>Defendant. | Civil Case No. 25-0567 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 30, 2025, Minute Order, Plaintiff Democracy Forward Foundation ("DFF") and Defendant Office of Personnel Management ("OPM") submit this joint status report in this Freedom of Information Act ("FOIA") case.

OPM reports that its search yielded a large amount of potentially responsive records. The parties, therefore, conferred regarding ways to narrow the scope of DFF's FOIA requests. Following the parties' productive discussions and DFF's agreement to narrow its requests, OPM is revising the searches. Once OPM completes that process, it will provide updated estimates of the volume of potentially responsive records to DFF. DFF has requested that OPM provide that information sufficiently in advance of the parties next report to allow for productive conferral. The parties will continue to confer if additional narrowing could streamline the process of identifying the records DFF seeks. OPM proposes that it plans to review 250 pages per month and make monthly releases of responsive, non-exempt records, until it completes processing all potentially responsive records.

At the conclusion of OPM's processing, the parties will confer in a good faith effort to resolve their differences, if any, without further burdening the Court. Depending on the

outstanding issues, if any, the parties will confer at that time to ascertain the need for a *Vaughn* index or declaration. If the parties are still unable to resolve their differences, the parties will propose to the Court a briefing schedule for summary judgment as to any outstanding issues. OPM does not presently anticipate moving for an *Open America* say.

The parties respectfully request that the Court permit them to file another joint status report on or before July 3, 2025.

Dated: May 30, 2025
Washington, DC

/s/ *Daniel A. McGrath*
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org
*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar #1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 815-8654

*Attorneys for the United States of America*