UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>Defendant. | Civil Case No. 25-0567 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's June 2, 2025, Minute Order, Plaintiff Democracy Forward Foundation ("DFF") and Defendant Office of Personnel Management ("OPM") submit this joint status report in this Freedom of Information Act ("FOIA") case.

This case concerns DFF's four FOIA requests to OPM. OPM reports that its initial searches identified 20,881 and 325,175[1] potentially responsive items for FOIA requests 25-OD-0739-F and 25-OD-0744-F, respectively. The parties report that DFF has agreed to further narrow the scope of those requests. OPM needs some additional time to apply the narrower parameters to its searches and will report those results to DFF expeditiously. The parties also agree that engaging with custodians to identify potentially responsive records to FOIA requests 25-OD-0729-F and 25-OD-0741-F may streamline the search for records. OPM expects to confer further with DFF by July 11, 2025, and to complete searches for the four requests by July 29, 2025.

---

[1] Plaintiff DFF's understanding is that this total reflects the documents initially pulled without search parameters applied, and that DFF's request for a subset of communications of a single custodian over a short period of time will not result in nearly this many responsive records.

The parties respectfully request that the Court permit them to file another joint status report on or before July 31, 2025.

| | |
|---|---|
| Dated: July 3, 2025<br>Washington, DC | Respectfully submitted, |
| | JEANINE FERRIS PIRRO |
| /s/ *Daniel A. McGrath* | United States Attorney |
| Daniel A. McGrath (D.C. Bar No. 1531723) | |
| Robin Thurston (D.C. Bar No. 1531399) | By:      /s/ *Dimitar P. Georgiev*<br>DIMITAR P. GEORGIEV, D.C. Bar #1735756<br>Assistant United States Attorney |
| Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 448-9090 | 601 D Street, NW<br>Washington, DC 20530<br>(202) 815-8654 |
| dmcgrath@democracyforward.org<br>rthurston@democracyforward.org<br>*Counsel for Plaintiff* | *Attorneys for the United States of America* |