UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>Defendant. | Civil Case No. 25-0567 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's August 1, 2025, Minute Order, Plaintiff Democracy Forward Foundation ("DFF") and Defendant Office of Personnel Management ("OPM") submit this joint status report in this Freedom of Information Act ("FOIA") case.

This case concerns DFF's four FOIA requests to OPM. As the parties previously reported, the parties conferred regarding the processing of these requests, and DFF agreed to several narrowing measures to reduce the number of records to be processed. Jt. Status Rep. (ECF No. 16). OPM provides updates regarding the processing of each of DFF's FOIA requests:

**25-OD-0739-F**: OPM previously reported its search identified approximately seven records potentially responsive to FOIA request following the narrowing agreed to by DFF. *Id*. OPM now reports that on August 29, 2025, it made a release to DFF of responsive, non-exempt records. That release concluded OPM's processing of this FOIA request.

**25-OD-0744-F**: OPM previously reported it its search identified fifteen pages potentially responsive to part 1 of this request, thirty items potentially responsive to part 2, and 2,358 items potentially responsive to part 3. *Id*. The parties report that they have agreed to further narrow the scope of part 3. OPM reports that on September 3, 2025, it made an interim release of responsive,

non-exempt records responsive to part 2 of the request producing five pages of responsive records in part. OPM determined there are no other records responsive to Part 2. OPM will continue to review records and make monthly releases until it finishes processing the records.

**25-OD-0729-F** and **25-OD-0741-F**: The parties previously reported their agreement that engaging with custodians to identify potentially responsive records to these may streamline the search for records. Jt. Status Rep. (ECF No. 16). OPM completed a search for records for **25-OD-0729-F**, and the agency is reviewing the records for responsiveness and exempt information. Plaintiff has requested information about the volume of potentially responsive records for this request. OPM is in the early stages of reviewing email records and cannot determine the volume that may be tagged as potentially responsive. For **25-OD-0741-F**, OPM engaged with record custodians and determined there are no responsive records for part 1 of the request. For parts 2 and 3 of the request, OPM continues to coordinate with record custodians and anticipates sending a response before the next status report.

The parties respectfully request that the Court permit them to file another joint status report on or before October 30, 2025.

\*   \*   \*

| | |
|---|---|
| Dated: September 4, 2025<br>Washington, DC<br><br>*/s/ Daniel A. McGrath*<br>Daniel A. McGrath (D.C. Bar No. 1531723)<br>Robin Thurston (D.C. Bar No. 1531399)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 448-9090<br>dmcgrath@democracyforward.org<br>rthurston@democracyforward.org<br>*Counsel for Plaintiff* | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:       */s/ Dimitar P. Georgiev*<br>　　DIMITAR P. GEORGIEV, D.C. Bar #1735756<br>　　Assistant United States Attorney<br>　　601 D Street, NW<br>　　Washington, DC 20530<br>　　(202) 815-8654<br><br>*Attorneys for the United States of America* |