UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>Defendant. | Civil Case No. 25-0567 (TNM) |

### JOINT STATUS REPORT

Pursuant to the Court's September 4, 2025, Minute Order, Plaintiff Democracy Forward Foundation ("DFF") and Defendant Office of Personnel Management ("OPM") submit this joint status report in this Freedom of Information Act ("FOIA") case.

This case concerns DFF's four FOIA requests to OPM. As the parties previously reported, the parties conferred regarding the processing of these requests, and DFF agreed to several narrowing measures to reduce the number of records to be processed. Jt. Status Rep. (ECF No. 16). OPM provides updates regarding the processing of each of DFF's FOIA requests:

**25-OD-0739-F**: OPM has completed responding to this FOIA request.

**25-OD-0744-F**: On September 3, 2025, OPM made an interim release of records responsive to part 2 of the request, producing five pages of responsive records in part. OPM determined there are no additional records responsive to Part 2. OPM's search identified fifteen pages records potentially responsive to part 2 of the request, and 2,358 items potentially responsive to part 3. The parties agreed to further narrow the scope of part 3. OPM continues to review records and anticipates providing a response to this request on or before January 30, 2026.

**25-OD-0729-F**: OPM completed a search for records, locating approximately 60 potentially responsive files. OPM is reviewing the records and anticipates providing a response to this request on or before January 30, 2026.

**25-OD-0741-F:** For part 1, OPM is conducting a custodial search within the Office of the Director, which is ongoing. OPM anticipates providing a response to this request on or before January 30, 2026. For parts 2 and 3, OPM completed its search and produced responsive records to DFF on December 19, 2025. OPM has determined there are no additional records responsive to parts 2 and 3 of the request.

The parties respectfully request that the Court permit them to file another joint status report on or before February 19, 2026.

Dated: December 22, 2025
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Daniel A. McGrath*
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org
*Counsel for Plaintiff*

By:     /s/ *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar #1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 815-8654

*Attorneys for the United States of America*