UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Defendant.

Civil Case No. 25-0567 (TNM)

## JOINT STATUS REPORT

Pursuant to the Court's December 22, 2025, Minute Order, Plaintiff Democracy Forward Foundation ("DFF") and Defendant Office of Personnel Management ("OPM") submit this joint status report in this Freedom of Information Act ("FOIA") case.

This case concerns DFF's four FOIA requests to OPM. As the parties previously reported, the parties conferred regarding the processing of these requests, and DFF agreed to several narrowing measures to reduce the number of records to be processed. Jt. Status Rep. (ECF No. 16). OPM provides updates regarding the processing of each of DFF's FOIA requests:

**25-OD-0739-F**: OPM has completed responding to this FOIA request.

**25-OD-0744-F**: This request consists of three parts and OPM has completed responding to Part (1) and Part (2). **Part (1)** "All calendar invitations and/or entries of OPM's chief of staff Amanda Scales from January 20, 2025, through the date of search. Please produce detailed forms of responsive calendar entries that include attendee information, including attendee names and email addresses." **Part (2)** "All external communications (including email messages, complete email chains, calendar invitations, or attachments thereto, as well as any text messages or messages sent on messaging platforms such as Microsoft Teams, WhatsApp, Signal, or GChat) between (a)

chief of staff Amanda Scales and (b) anyone outside government, including but not limited to anyone with an email address ending in .com / .org / .net / .edu / .us." **Part (3)** "All communications (including email messages, complete email chains, calendar invitations, or attachments thereto, as well as any text messages or messages sent on messaging platforms such as Microsoft Teams, WhatsApp, Signal, or GChat) between (a) chief of staff Amanda Scales and (b) anyone serving on then-President Elect Trump's Agency Review Team, the Trump Administration's Agency Landing Team, or the "Department of Government Efficiency" ("DOGE") or the U.S. "DOGE" Service." For Part (1), on February 17, 2026, OPM made a final response, producing fifteen pages in part. For Part (2), on September 3, 2025, OPM made a final response, producing five pages of responsive records in part. OPM determined there are no additional records responsive to Part (2). For Part (3), OPM's search identified 2,358 items potentially responsive to Part 3 and the parties agreed to further narrow the scope. For Part (3) for this request, OPM continues to search and review records and will endeavor to start rolling productions to **25-OD-0744-F part 3** before June 18, 2026.

**25-OD-0729-F**: This request sought the following records. "All reports on steps taken, lists, and plans submitted to OPM (at DEIAreports@opm.gov and/or amanda.scales@opm.gov) by heads and acting heads of departments and agencies pursuant to the January 21, 2025, OPM memorandum titled "Initial Guidance Regarding DEIA Executive Orders." OPM completed a search and on February 1, and February 11, 2026, OPM produced 172 and 160 pages respectively, with redactions. OPM is processing approximately 365 additional pages of responsive records and anticipates providing a final response to this request on or before April 20, 2026.

**25-OD-0741-F:** For part 1, OPM is conducting an electronic search, which is ongoing. OPM anticipates providing a response to this request on or before April 20, 2026. For parts 2 and

3, OPM completed its search and produced responsive records to DFF on December 19, 2025. OPM has determined there are no additional records responsive to parts 2 and 3 of the request.

The parties respectfully request that the Court permit them to file another joint status report on or before June 18, 2026, because undersigned government counsel is scheduled for an extended leave from early March to early June 2026. In the meantime, OPM will continue processing the remaining responsive records, if any, and make ongoing interim releases, as OPM has done thus far. Upon government counsel's return from extended leave, the parties will confer regarding the status of the case and in a good faith attempt to resolve their differences, if any, without further burdening the Court.

| | |
|---|---|
| Dated: February 19, 2025<br>Washington, DC<br><br>/s/ *Daniel A. McGrath*<br>Daniel A. McGrath (D.C. Bar No. 1531723)<br>Robin Thurston (D.C. Bar No. 1531399)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 448-9090<br>dmcgrath@democracyforward.org<br>rthurston@democracyforward.org<br>*Counsel for Plaintiff* | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:       /s/ *Dimitar P. Georgiev*<br>DIMITAR P. GEORGIEV, D.C. Bar #1735756<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252 – 7678<br><br>*Attorneys for the United States of America* |